NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  05CR244(RMU)

## ANTHONY KOONCE
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Christopher M. Davis #385582
(Attorney & Bar ID Number)

Davis & Davis
(Firm Name)

514 10th Street, NW - Ninth Floor
(Street Address)

Washington, DC 20004
(City)     (State)     (Zip)

202-234-7300
(Telephone Number)