UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal Action No.: 05-244 (RMU)
:
ANTHONY KOONCE,  :
:
Defendant.  :

**FILED**
**AUG 9 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 9th day of August 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices   on or before AUGUST 19th, 2005   ;

Oppositions   on or before SEPTEMBER 1, 2005   ; and

Replies   on or before SEPTEMBER 8, 2005   ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on SEPTEMBER 12, 2005 , at 1:30pm ; and

A motions hearing   on Dec. 5 2005 , at 2pm ;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.