# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## RELEASE ORDER
(Work Release or Electronic Monitoring Program)

UNITED STATES OF AMERICA                                Case No. 05-0244

vs.

_Anthony Koone_ _____
Defendant's Name          Defendant's Address            Phone No.

**FILED**
AUG 9  2005
IN OPERATION IN PROGRESS
U.S. DISTRICT COURT

YOU ARE HEREBY RELEASED TO THE THIRD PARTY CUSTODY OF THE DEPARTMENT OF CORRECTIONS FOR PLACEMENT IN THE FOLLOWING PROGRAM:

☐ WORK RELEASE/D.C. JAIL    ☒ WORK RELEASE/HALFWAY HOUSE    ☐ (Electronic Monitoring)

YOUR RELEASE IS CONDITIONED UPON COMPLYING WITH ALL REGULATIONS AND PROGRAM REQUIREMENTS OF THE WORK RELEASE/ELECTRONIC MONITORING PROGRAM, IN ADDITION TO THE GENERAL TERMS & CONDITIONS LISTED ON THE REVERSE SIDE, AND ANY OF THE FOLLOWING CONDITIONS IMPOSED BY THE COURT:

☐ NO SOCIAL PASSES        ☒ STAY AWAY ORDER: _Stay away from 300 block radius of 400 block W. Street NW._

☐ CURFEW IMPOSED: _____

☒ OTHER CONDITIONS: _Drug testing treatment_

### YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

THE D.C. DEPARTMENT OF CORRECTIONS IS DIRECTED TO NOTIFY THE COURT IMMEDIATELY BY FAX OF DEFENDANT'S ESCAPE OR REMAND TO THE D.C. JAIL. THIS NOTIFICATION SHOULD BE FAXED TO THE ATTENTION OF THE CRIMINAL CLERK'S OFFICE (FAX # 535-0320) & WILL BE FORWARDED TO THE APPROPRIATE JUDICIAL OFFICER.

**NEXT DUE BACK**: on _9/12/05_ in Courtroom _12_ at _1:30_ (a.m./p.m.) in the U.S. District Courthouse, 3rd & Constitution Ave., N.W., Washington, D.C., or when notified; and you must appear at all subsequent dates.

YOUR ATTORNEY _Christopher Davis_
address: _514 10th St NW_
_9th floor DC 20004_
phone no: _202/234-7300_

DEFENDANT'S SIGNATURE: _Anthony Koone_

WITNESSED BY: _James W___

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

(title or agency) _Courtroom Deputy_

WHITE    - TO COURT PAPERS
BLUE     - TO D.C. DEPT./CORRECTIONS
GREEN    - TO D.C. PRETRIAL SERVICES
CANARY   - TO DEFENSE ATTORNEY
PINK     - TO U.S. ATTORNEY
GOLDENROD - TO DEFENDANT

SO ORDERED: _Ricardo M Urbina_
                                          (Signature of Judge)
DATE: _8-09-05_

*Attachment (1)*

FILED

AUG 9 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

Anthony Koonce
Name

CR 05-244
Docket number

424841
PDID number

## UNITED STATES DISTRICT COURT
## SANCTION-BASED DRUG TREATMENT CONTRACT

---

I agree to enter the Sanction-Based Drug Treatment Program as a condition of pretrial release. I will receive detoxification, early intervention, outpatient, intensive outpatient, short- and long-term inpatient treatment and/or referrals to other agencies, as my substance abuse needs require. As a part of my treatment, I will submit to all random or scheduled drug testing.

On my scheduled drug testing day, I will report to ☐ 500 Indiana Avenue NW Room # C-220, Drug Testing Compliance Unit (DTCU) or to ☒ 633 Indiana Avenue NW, Room 981, DTCU Satellite Office to submit my sample for testing. I must call (2) 220-5530 for my test results between the hours of 12:30 p.m. and 5:30 p.m. on the day of my drug test or before 10:00 a.m. on the morning following my test day. If I fail to appear for a drug test, test positive, fail to submit a sample, submit a liquid-loaded sample, submit a sample insufficient for testing, or fail to follow any program requirement, I must contact the District Court Unit by 10:00 a.m. the next business day to receive notification and/or confirmation of the sanction for which I am eligible. I must be prepared to attend a sanction group and/or a sanction hearing on the day following my infraction unless I am directed to do otherwise by Program staff; I must report for my sanction hearing at 1:00 p.m., unless I am directed by Program staff to report at a different time. At that hearing, I will be represented by my attorney or, if he or she is not available, by an attorney appointed as a substitute. In return for the benefits of the treatment, I agree to the following sanctions, if I am found to have violated drug testing requirements:

| | |
|---|---|
| 1st Infraction: | Reorientation |
| 2nd Infraction: | 2 Redirection Groups |
| 3rd Infraction: | 2 Redirection Groups |
| 4th and Subsequent Infractions: | 3 Nights in Jail or Enhanced Treatment or Discharge |

In addition to or instead of the above responses, Program staff may refer me to more intensive treatment alternatives whenever clinically appropriate. If I submit a bogus sample, the Court has discretion to impose a sanction of up to three (3) nights in jail or discharge me from the program. In addition to being sanctioned for drug testing infractions, I will be sanctioned (administratively) for reporting/attendance violations. Since I cannot benefit from treatment if I am not present, I understand that I will have to make up every late arrival, early departure, or absence from group therapy or any other treatment activity in order to progress through the Program's phases of treatment. I also agree to attend additional group meetings to make up for my non-attendance. I agree to attend additional group therapy sessions or treatment activities at a

Court Jacket-White, PSA-Green, Defendant-Goldenrod, Defense Counsel-Yellow, US Attorney-Pink

1

time different from my originally scheduled group session or treatment activity. In some circumstances, Program staff or the Court may require me to attend additional groups, self help meetings, detoxification, short- or long-term inpatient treatment, or may refer me for further appropriate assessments and treatment.

If I fail to appear for a sanction hearing, a bench warrant will be issued for my arrest, and the Court has the discretion to incarcerate me for up to three (3) nights in addition to the sanction that likely would be imposed for my program violation. I am also subject to additional penalties for failure to appear for any scheduled court appearance. I also understand that I must comply with all other court-ordered conditions of release while participating in drug treatment.

I also understand that I may withdraw from the Sanction-Based Drug Treatment Program at any time and that, if I do so, I will not be subject to the sanctions listed above. The Court may also discharge me from the Program, and if I am in violation of conditions of release upon discharge, I may be held in contempt of court or my conditions of release may be revoked. My conditions of release are a court order, not just a contract. Failure to abide by the terms of this contract and any other violations of law are violations of my conditions of release and subject me to penalties under the U.S. Code.

I have discussed the Sanction-Based Drug Treatment Program and other legal options available to me with a Sanction-Based Drug Treatment Program representative and with my attorney, and I willingly agree to enter the Program.

_____          8-9-05
Defendant's Signature                    Date

_____          8-9-05
Defense Counsel's Signature              Date

_____          8/9/05
Program Representative's Signature       Date