UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

                                             Case No. 05CR0244 (RMU)

    v.                                :

ANTHONY KOONCE                    :

<u>MOTION TO CONTINUE SUPPRESSION MOTION HEARING</u>

    Defendant Anthony Koonce, by and through counsel, Christopher M. Davis, moves this Honorable Court to continue the presently scheduled motions hearing.

<u>FACTS</u>

    1.  A motions hearing was scheduled for December 5, 2005, at 2 PM.  This hearing, though simple in nature, will nonetheless require testimony.

    2.  Counsel was to have started a multi-defendant federal trial in Baltimore on November 14, 2005 (United States v. Terrence Smith, et. al., JFM 05cr061).  The trial time estimate was two weeks.  On November 9, 2005, this trial was continued until December 5, 2005.  A co-defendant's attorney sought and obtained a continuance for reasons unrelated to undersigned counsel.

    3.  Undersigned and the Government have been attempting to resolve Mr. Koonce's case since the last court appearance.  The matter has still not been resolved.  However, a number of concerns may influence the necessity of having to do a motions hearing in this case.

    4.  Based on the above facts, undersigned, with the consent of his client and the Government, moves this Honorable Court to continue the scheduled motions hearing to a date in either January (other than the 12th or the 20th) or February, 2006.

WHEREFORE, Defendant moves this Court to grant his motion herein.

Respectfully submitted,

*Christopher M. Davis*

Christopher M. Davis #385583
Davis & Davis
The Lincoln Building
514 10th Street, N.W. - Ninth Floor
Washington, D.C. 20004
202-234-7300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Motion was electronically served upon Rachel Carlson Lieber, AUSA, Room 4820, 555 Fourth Street, NW, Washington, D.C. 20530, on this 17th day of November, 2005.

*Christopher M. Davis*

Christopher M. Davis