UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                                            Case No. 05CR0244 (RMU)
   v.                              :

ANTHONY KOONCE                  :

## ORDER

Upon consideration of Defendant's Motion to Continue Suppression Motion Hearing, and Government's consent thereto, it is on this _____ day of _____, 2005, hereby

ORDERED that the motion is GRANTED, the motions hearing date of December 5, 2005 is vacated and the matter be rescheduled to _____, 2006.

                                                           _____
                                                           Ricardo M. Urbina
                                                           Judge, U.S. District Court

cc: Christopher M. Davis
    Rachel Carlson Lieber, AUSA