FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :

                              Case No. 05CR0244 (RMU)

v.  :

ANTHONY KOONCE  :

## ORDER

Upon consideration of Defendant's Motion to Continue Suppression Motion Hearing, and Government's consent thereto, it is on this 17th day of November, 2005, hereby

ORDERED that the motion is GRANTED, the motions hearing date of December 5, 2005 is vacated and the matter be rescheduled to January 23, 2006, 2006 at 11:00 AM.

_____
Ricardo M. Urbina
Judge, U.S. District Court

cc: Christopher M. Davis
    Rachel Carlson Lieber, AUSA