UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Anthony Koonce,<br><br>    Defendant. | Crim. No. 05-244 (RMU) |

**NOTICE OF APPLICABILITY OF ENHANCED PENALTIES
AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS**

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Anthony Koonce, has been convicted of the following offense:

In the Superior Court for the District of Columbia, in case No. F-8790-91, Attempt Possession with Intent to Distribute Cocaine (initial Judgement and Commitment order of 2/18/92 imposing sentence of 2 years probation, subsequent Judgement and Commitment order of 6/3/93 imposing a sentence of 15 - 45 months upon a finding of a violation of conditions of probation).

The United States further informs the Court that the existence of any prior conviction for a felony drug offense as defined by Title 21, United States Code, Section 802(44), may subject the defendant to enhanced penalties under Title 21, United States Code, Section 841(b). The existence of one prior qualifying drug conviction subjects the defendant to a sentence of not less than 10 years

imprisonment nor more than life under count Three of the pending indictment and a maximum sentence of 30 years under count One of the pending indictment .

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY


        _____
        John V. Geise
        ASSISTANT UNITED STATES ATTORNEY
        D.C. Bar No. 358-267
        U.S. Attorney's Office
        Organized Crime & Narcotics Trafficking Section
        555 4th Street, N.W.,
        Washington, DC 20530
        (202) 616-9156   FAX:  (202) 353-9414
        John.Geise@usdoj.gov