UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-244 (RMU) |
| : | |
| ANTHONY KOONCE, : | |
| : | |
| Defendant. : | |

**ORDER**

It is this 20th day of January 2006,

**ORDERED** that the motions hearing in the above-captioned case scheduled to take place on January 23, 2006 shall be converted to a plea hearing scheduled for February 2, 2006, at 1:45 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
JAN 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT