UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-244 (RMU)** |
| v. | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| | : | and §841(b)(1)(C) |
| **ANTHONY KOONCE,** | : | (Unlawful Possession with Intent to Distribute |
| **Defendant.** | : | Heroin); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base) |

# S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about March 23, 2005, within the District of Columbia, **ANTHONY KOONCE,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about March 23, 2005, within the District of Columbia, **ANTHONY KOONCE,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

    (**Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

                  KENNETH L. WAINSTEIN
                  Attorney of the United States in
                  and for the District of Columbia
                  Bar No. 451-058

BY: _____
        RACHEL CARLSON-LIEBER
        Assistant United States Attorney
        Bar No. 456-491
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4820
        Washington, D.C. 20530
        (202) 353-8055