## United States District Court
## for the District of Columbia

FILED

FEB 2  2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    WAIVER OF INDICTMENT

ANTHONY KOONCE

CASE NUMBER: 05-0244(RMU)

I, **Anthony Koonce,** the above named defendant, who is accused of **Unlawful Possession with Intent to Distribute Heroin, Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Unlawful Possession with Intent to Distribute Cocaine Base, Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(C),** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **February 2, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge