UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                           Case No. 05CR0244 (RMU)

v.                                :

ANTHONY KOONCE                    :

UNOPPOSED MOTION TO FILE SENTENCING MEMORANDUM OUT OF TIME

Defendant Anthony Koonce, by and through counsel, Christopher M. Davis, moves this Honorable Court to to allow him to file his sentencing memorandum out of time. In support of this request, the defense states as follows:

FACTS

1. Defense counsel was out of the District when the final draft of the PSR was completed. Counsel has been involved in the defense of several federal capital eligible cases. These matters have absorbed a good deal of counsel's time during the month of April.

2. There are several important issues that need to be addressed at the time of Anthony Koonce's sentencing**:** the Advisory Guidelines, Career Offender Status and whether the defendant should be sentenced according to the crack guideline or powder cocaine guideline. Additionally, there are several non-guideline matters that need to be addressed to assist the Court in imposing sentence on this defendant.

3. Sentencing is set for August 7, 2006. Defendant requests that this Honorable Court accept the late filing of this memorandum given the sentencing date is two months away and for all the reasons discussed above.

4. The United States does not oppose the filing of this memorandum out of time.

WHEREFORE, Defendant moves this Court to grant his motion herein.

Respectfully submitted,

*Christopher M. Davis*

Christopher M. Davis #385583
Davis & Davis
The Lincoln Building
514 10th Street, N.W. - Ninth Floor
Washington, D.C. 20004
202-234-7300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Motion was electronically served upon Rachel Carlson Lieber, AUSA, Room 4820, 555 Fourth Street, NW, Washington, D.C. 20530, on this 5th day of May, 2006.

*Christopher M. Davis*

Christopher M. Davis