UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                                        Case No. 05CR0244(RMU)
          v.                                    :

ANTHONY KOONCE                          :

ORDER

Upon consideration of Defendant's Unopposed Motion to File his Sentencing

Memorandum Out of Time, it is on this _____ day of _____, 2006, hereby

ORDERED that the motion is GRANTED.

_____
Ricardo M. Urbina
Judge, U.S. District Court

cc: Rachel Lieber, AUSA
      Christopher Davis, Esq.