# EXHIBIT 1

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| U S W No.: | 159-95 |
|---|---|

| DEFENDANT'S NAME: ANTHONY L. KOONCE | | | | | | CCR: | PDID: 264841 | |
|---|---|---|---|---|---|---|---|---|
| SEX: MALE | RACE: BLACK | D.O.B.: 3/27/72 | HEIGHT: 5/9 | WEIGHT: 135 LBS. | EYES: BROWN | | HAIR: BLACK | COMPLEXION: DARK |

| DEFENDANT'S HOME ADDRESS: 2006 38TH STREET S.E. WASHINGTON, D.C. | TELEPHONE NUMBER: UNKNOWN |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: UNKNOWN | TELEPHONE NUMBER: UNKNOWN |

**COMPLAINANT'S NAME:** THOMAS M. LAWRENCE, SR., CRIMINAL INVESTIGATOR

**DATE OF OFFENSE:** 1/29/95  **TIME OF OFFENSE:** 7:00 AM

**LOCATION OF OFFENSE:** COMMUNITY CORRECTIONAL CENTER #1, WASHINGTON, D.C.

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

ANTHONY L. KOONCE WAS CONVICTED IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA IN CASE NUMBER F-8790-91 FOR VIOLATION OF THE UNIFORM CONTROLLED SUBSTANCE ACT, TO WIT: ATTEMPT DISTRIBUTION COCAINE, AND WAS SENTENCED ON JUNE 3, 1993 TO SERVE A PRISON TERM OF FROM 15 TO 45 MONTHS. KOONCE WAS COMMITTED TO THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS FOR SERVICE OF THE IMPOSED SENTENCE.

AND, ON JANUARY 20, 1995, KOONCE WAS TRANSFERRED FROM THE MINIMUM CUSTODY (LORTON, VIRGINIA) TO COMMUNITY CORRECTIONAL CENTER #1 (CCC1 WASHINGTON, D.C.) AS A CONTINUATION OF SERVICE FOR THE IMPOSED SENTENCE.

AND, ON JANUARY 29, 1995, KOONCE DEPARTED CCC1 WITHOUT AUTHORIZATION, THEREBY MAKING GOOD AN ESCAPE. KOONCE WAS IMMEDIATELY PLACED IN "ESCAPE STATUS" ON JANUARY 29, 1995 AT 7:00 A.M. BY THE WITNESS JACQUELINE JENNINGS, AN EMPLOYEE AT CCC1.

AND, TO THE DATE OF THIS AFFIDAVIT (SIGNED) THE WHEREABOUTS OF KOONCE IS STILL UNKNOWN. AND, THE FACTS OF THIS AFFIDAVIT WERE VERIFIED VIA TELEPHONIC AND COMPUTER COMMUNICATIONS.

IDENTIFICATION:
MPDC424841
DCDC248557
DOB 032772

**TO: WARRANT CLERK**
**PLEASE ISSUE A WARRANT FOR:**
ANTHONY L. KOONCE

**Charge With:** PRISON BREACH

**AFFIANT'S SIGNATURE:** X _[signed]_ Thomas M. Lawrence

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3rd DAY OF FEBRUARY, 19__

_[signed]_ (JUDGE) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

_[signed]_ ASSISTANT UNITED STATES ATTORNEY

Form CD(17)-1050 Feb. 82