# EXHIBIT 2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 02-3073                                September Term, 2003

01cr00423-01
02cr00132-01
99cr00399-01

Filed On: July 13, 2004 [835313]

United States of America,
      Appellee

v.

Lawrence E. Thomas,
      Appellant

---

Consolidated with 02-3121, 03-3053

**BEFORE:**   Ginsburg, Chief Judge, and Edwards,* Sentelle,* Henderson, Randolph, Rogers, Tatel,* Garland, and Roberts, Circuit Judges

### ORDER

Appellants' petition for rehearing en banc and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular, active service did not vote in favor of the petition. Upon consideration of the foregoing, it is

**ORDERED** that the petition be denied.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

\* Circuit Judges Edwards, Sentelle, and Tatel would grant the petition for rehearing en

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 02-3073**                              **September Term, 2003**

banc.