# EXHIBIT 3



UNIVERSITY OF THE DISTRICT OF COLUMBIA

# Academic Achievement Award

This is to certify that **Anthony Lamont Rouce**

was presented the Top Student Award in recognition of earning the highest grade point average among freshman students.

Awarded at the C.L.R. James Honors Convocation  April fifteenth, Nineteen hundred and ninety-nine

President

Provost and Vice President for Academic Affairs



UNIVERSITY
OF THE
DISTRICT OF COLUMBIA
SCHOOL OF ENGINEERING AND APPLIED SCIENCES

# Academic Achievement Award

this is to certify that **Anthony Lamont Koonce**

was on the Dean's List, Spring Semester 1999 for having earned a grade point average of at least 3.30 or higher and a cumulative grade point average of at least 3.00 or higher.

Awarded at the Annual Scholarship and Awards Program    April twentieth, Two Thousand

Dean

Department Chairperson



UNIVERSITY OF THE DISTRICT OF COLUMBIA
SCHOOL OF ENGINEERING AND APPLIED SCIENCES

# Academic Excellence Award

this is to certify that

*Anthony Lamont Rance*

is presented this award in recognition of exemplary performance in

Printing Technology

Awarded at the Annual Scholarship and Awards Program   April twentieth, Two Thousand

Dean

Department Chairperson



# UNIVERSITY OF THE DISTRICT OF COLUMBIA

## Academic Excellence Award

This is to certify that

### Anthony Lamont Ronce

is presented this award in recognition of exemplary performance in

**Printing Technology**

Awarded at the C.L.R. James Honors Convocation

April twenty-seventh Two Thousand

President

Provost and Vice President for Academic Affairs



# UNIVERSITY OF THE DISTRICT OF COLUMBIA
## SCHOOL OF ENGINEERING AND APPLIED SCIENCES

# Academic Achievement Award

This is to certify that

## Anthony Lamont Koonce

was on the Dean's List, Fall Semester 2000 for having earned a grade point average of at least 3.30 or higher and a cumulative grade point average of at least 3.00 or higher.

Awarded at the Annual Scholarship and Awards Program      April twenty-fourth, Two thousand one



_____      _____
Department Chairperson                 Dean



# Certificate of Administrative Achievement

*Anthony Koonce*

has successfully demonstrated,
by both performance and experience,
proficiency in the occupation of

*Estimator*

**Master Printers of America**
Printing Industries of America, Inc.

*Charter Printing*
Name of Company

President

Head of Department

MPA President

MPA Chairman of the Board

*June 02, 2001*
Date

**UNIVERSITY OF THE DISTRICT OF COLUMBIA**
Office of the Registrar
4200 Connecticut Avenue, NW
Washington, DC 20008

**REPORT OF GRADES**

PAGE 1 OF 1

TERM: FALL 1998
REPORTING PERIOD: 12/23/98

STUDENT NAME: KOONCE, ANTHONY LAMONT
SOCIAL SECURITY NO: 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

COLLEGE / CLASS / MAJOR / DEGREE: PS / EFR / PRTG / AAS

| COURSE NUMBER | COURSE TITLE | ATTEMPTED HOURS | EARNED HOURS | QUALITY HOURS | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|---|
| 2543-101-01 | ELECTRONIC PAGE LAYOUT | 2.00 | 2.00 | 2.00 | A | 8.00 |
| 2543-101-61 | ELECTRONIC PAGE LAB | 1.00 | 1.00 | 1.00 | A | 4.00 |
| 2543-125-02 | DIGITAL PHOTOGRAPHY | 2.00 | 2.00 | 2.00 | A | 8.00 |
| 2543-125-62 | DIGITAL PHOTOGRAPHY | 1.00 | 1.00 | 1.00 | A | 4.00 |
| 2543-206-01 | ADV COLOR REPRODUCTION | 2.00 | 2.00 | 2.00 | A | 8.00 |
| 2543-209-01 | ADV DESKTOP PUBLISHING | 2.00 | 2.00 | 2.00 | A | 8.00 |
| 2543-228-01 | ADVANCED DESKTOP PUB LAB | 1.00 | 1.00 | 1.00 | A | 4.00 |
| 2543-240-01 | ADV COLOR PUB LAB | 1.00 | 1.00 | 1.00 | A | 4.00 |

ACADEMIC DATA

| | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|
| CURRENT STATUS | 12.00 | 12.00 | 48.00 | 4.000 |
| CUMULATIVE STATUS THRU 99S | 12.00 | 12.00 | 48.00 | 4.000 |

ACADEMIC STATUS: DEAN'S LIST / GOOD STANDING

NAME AND ADDRESS:
ANTHONY LAMONT KOONCE
1459 RIDGE PLACE SE
WASHINGTON DC 20020

LEGEND
AHRS = Attempted Hours
EHRS = Earned Hours
QHRS = Quality Hours
QPTS = Quality Points
GPA = Grade Point Average
GPA = QPTS / QHRS

SSR 523: 5/95

# UNIVERSITY OF THE DISTRICT OF COLUMBIA
Office of the Registrar
4200 Connecticut Avenue, NW
Washington, D.C. 20008

**REPORT OF GRADES**

PAGE 1 OF 1

| TERM | REPORTING PERIOD |
|---|---|
| SPRING 1999 | 05/20/99 |

**STUDENT NAME:** KOONCE, ANTHONY LAMONT
**SOCIAL SECURITY NO:** 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

| COLLEGE | CLASS | MAJOR | DEGREE |
|---|---|---|---|
| PS | FR | PRTG | AAS |

| COURSE NUMBER | COURSE TITLE | ATTEMPTED HOURS | EARNED HOURS | QUALITY HOURS | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|---|
| 1101-205-01 | COMPUTER ILLUSTRATION TECH | 3.00 | 3.00 | 3.00 | B | 9.00 |
| 2543-208-01 | SMALL PRTG PLANT MGMT | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 2543-225-01 | SCANNING & COMP IMAGING | 2.00 | 2.00 | 2.00 | A | 8.00 |
| 2543-226-01 | SCAN AND COMP IMAG LAB | 1.00 | 1.00 | 1.00 | A | 4.00 |
| 2543-290-01 | PRINTING SEMINAR | 4.00 | 4.00 | 4.00 | A | 16.00 |

**ACADEMIC DATA**

| | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|
| CURRENT STATUS | 13.00 | 13.00 | 49.00 | 3.769 |
| CUMULATIVE STATUS THRU 99F | 25.00 | 25.00 | 92.00 | 3.680 |

**ACADEMIC STATUS**
DEAN'S LIST
GOOD STANDING

**NAME AND ADDRESS**
ANTHONY LAMONT KOONCE
1459 RIDGE PLACE SE
WASHINGTON, DC 20020

**LEGEND**
AHRS = Attempted Hours
EHRS = Earned Hours
QHRS = Quality Hours
QPTS = Quality Points
GPA = Grade Point Average
GPA = QPTS
      QHRS

SISR 523 5/95

# UNIVERSITY OF THE DISTRICT OF COLUMBIA
Office of the Registrar
4200 Connecticut Avenue, NW
Washington, DC 20008

**REPORT OF GRADES**

PAGE 1 OF 1

TERM: FALL 1999  REPORTING PERIOD: 12/22/99

STUDENT NAME: KOONCE, ANTHONY LAMONT
SOCIAL SECURITY NO: 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

COLLEGE: PS  CLASS: FR  MAJOR: PRTG  DEGREE: AAS

| COURSE NUMBER | COURSE TITLE | ATTEMPTED HOURS | EARNED HOURS | QUALITY HOURS | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|---|
| 1101-115-01 | GRAPHIC DESIGN | 3.00 | 0.00 | 3.00 | F | 0.00 |
| 1135-111-09 | ENGLISH COMPOSITION 1 | 3.00 | 3.00 | 3.00 | B | 9.00 |
| 1231-202-03 | PRIN OF MICROECONOMICS | 3.00 | 3.00 | 3.00 | B | 9.00 |
| 1141-301-01 | PRINTING ESTIMATING I | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 1141-303-01 | PRINTING ESTIMATING I LAB | 1.00 | 1.00 | 1.00 | A | 4.00 |

ACADEMIC DATA

| | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|
| CURRENT STATUS | 10.00 | 13.00 | 34.00 | 2.615 |
| CUMULATIVE STATUS: THRU 003 | 35.00 | 38.00 | 131.00 | 3.447 |

ACADEMIC STATUS: GOOD STANDING

NAME AND ADDRESS:
ANTHONY LAMONT KOONCE
1459 RIDGE PLACE SE
WASHINGTON DC 20020

LEGEND
AHRS = Attempted Hours
EHRS = Earned Hours
QHRS = Quality Hours
QPTS = Quality Points
GPA = Grade Point Average
GPA = QPTS / QHRS

SR 523 5/95

**UNIVERSITY OF THE DISTRICT OF COLUMBIA**
Office of the Registrar
4200 Connecticut Avenue, NW
Washington, DC 20008

PAGE 1 OF 1

| TERM: FALL 2000 | REPORTING PERIOD: 12/22/00 |
| --- | --- |

STUDENT NAME: KOONCE, ANTHONY LAMONT
SOCIAL SECURITY NO: 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

COLLEGE: EAS   CLASS: SO   MAJOR: PRTG   DEGREE: AAS

| COURSE NUMBER | COURSE TITLE | ATTEMPTED HOURS | EARNED HOURS | QUALITY HOURS | GRADE | QUALITY POINTS |
| --- | --- | --- | --- | --- | --- | --- |
| 1535-101-06 | GEN COLLEGE MATH I | 3.00 | 3.00 | 3.00 | C | 6.00 |
| 2131-201-03 | PRIN OF MACROECONOMICS | 3.00 | 3.00 | 3.00 | B | 9.00 |
| 541-305-01 | STAT. QUAL CON & INSTRU. | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 541-306-01 | STAT QUAL CON & INSTRU LAB | 1.00 | 1.00 | 1.00 | A | 4.00 |
| 541-325-01 | ELEMENTS OF PROD MGMT | 3.00 | 3.00 | 3.00 | A | 12.00 |

ACADEMIC DATA

| | EHRS | QHRS | QPTS | GPA |
| --- | --- | --- | --- | --- |
| CURRENT STATUS | 13.00 | 13.00 | 43.00 | 3.308 |
| CUMULATIVE STATUS | 52.00 | 55.00 | 190.00 | 3.455 |

ACADEMIC STATUS: DEAN'S LIST / GOOD STANDING

NAME AND ADDRESS:
ANTHONY LAMONT KOONCE
1459 RIDGE PLACE SE
WASHINGTON DC 20020

LEGEND
AHRS = Attempted Hours
EHRS = Earned Hours
QHRS = Quality Hours
QPTS = Quality Points
GPA = Grade Point Average
GPA = QPTS / QHRS

**REPORT OF GRADES**

SISR 523-5/95

**UNIVERSITY OF THE DISTRICT OF COLUMBIA**
Office of the Registrar
4200 Connecticut Avenue, NW
Washington, DC 20008

**REPORT OF GRADES**

TERM: FALL 2001   REPORTING PERIOD: 01/08/02   PAGE 1 OF 1

| STUDENT NAME | SOCIAL SECURITY NO. | COLLEGE | CLASS | MAJOR | DEGREE |
|---|---|---|---|---|---|
| KOUNCE, ANTHONY LAMONT | 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 | EAS | JR | PRTG | AAS |

**COURSE DATA**

| COURSE NUMBER | COURSE TITLE | ATTEMPTED HOURS | EARNED HOURS | QUALITY HOURS | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|---|
| 1415-145-02 | INTRO TO ENVIRON SCI | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 1415-146-02 | INTRO TO ENVIR SCI LAB | 1.00 | 1.00 | 1.00 | A | 4.00 |
| 227-304-02 | INTRO. TO MKTG. MGMT. | 3.00 | 3.00 | 3.00 | B | 9.00 |

**CURRENT STATUS**

| EHRS | QHRS | QPTS | GPA |
|---|---|---|---|
| 7.00 | 7.00 | 25.00 | 3.571 |

**CUMULATIVE STATUS**

| EHRS | QHRS | QPTS | GPA |
|---|---|---|---|
| 71.00 | 74.00 | 253.00 | 3.392 |

**ACADEMIC STATUS**: GOOD STANDING

**NAME AND ADDRESS**
ANTHONY LAMONT KOUNCE
1459 RIDGE PLACE SE
WASHINGTON DC 20020

**LEGEND**
AHRS = Attempted Hours
EHRS = Earned Hours
QHRS = Quality Hours
QPTS = Quality Points
GPA = Grade Point Average
GPA = QPTS / QHRS

SISR 5233 5/95

# UNIVERSITY OF THE DISTRICT OF COLUMBIA
Office of the Registrar
4200 Connecticut Avenue, NW
Washington, DC 20008

**REPORT OF GRADES**

PAGE 1 OF 1

| TERM: SPRING 2001 | | REPORTING PERIOD: 05/17/01 | | | | | |
|---|---|---|---|---|---|---|---|
| STUDENT NAME | | | SOCIAL SECURITY NO. | COLLEGE | CLASS | MAJOR | DEGREE |
| KOONCE, ANTHONY LAMONT | | | 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 | EAS | SO | PRTG | AAS |

| COURSE NUMBER | COURSE TITLE | ATTEMPTED HOURS | EARNED HOURS | QUALITY HOURS | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|---|
| 1119-115-12 | PUBLIC SPEAKING | 3.00 | 3.00 | 3.00 | B | 9.00 |
| 1193-112-26 | ENGLISH COMPOSITION II | 3.00 | 3.00 | 3.00 | B | 9.00 |
| 1835-102-07 | GEN/COLLEGE MATH II | 3.00 | 3.00 | 3.00 | C | 6.00 |
| 1213-304-02 | INTRO TO MANAGEMENT | 3.00 | 3.00 | 3.00 | A | 12.00 |

| | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|
| CURRENT STATUS | 12.00 | 12.00 | 36.00 | 3.000 |
| CUMULATIVE STATUS | 84.00 | 67.00 | 225.00 | 3.373 |

ACADEMIC STATUS: GOOD STANDING

NAME AND ADDRESS:
ANTHONY LAMONT KOONCE
1459 RIDGE PLACE SE
WASHINGTON DC 20020

LEGEND
AHRS = Attempted Hours
EHRS = Earned Hours
QHRS = Quality Hours
QPTS = Quality Points
GPA = Grade Point Average
GPA = QPTS / QHRS

**UNIVERSITY OF THE DISTRICT OF COLUMBIA**
Office of the Registrar
4200 Connecticut Avenue, NW
Washington, DC 20008

PAGE 1 OF 1

| TERM: | REPORTING PERIOD: |
|---|---|
| SPRING 2002 | 05/16/02 |

| STUDENT NAME | SOCIAL SECURITY NO |
|---|---|
| KOONCE, ANTHONY LAMONT | 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 |

| COLLEGE | CLASS | MAJOR | DEGREE |
|---|---|---|---|
| EAS | JR | PRTG | AAS |

### ACADEMIC DATA

| COURSE NUMBER | COURSE TITLE | ATTEMPTED HOURS | EARNED HOURS | QUALITY HOURS | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|---|
| 3543-204-01 | FINISHING OPERATION LAB | 1.00 | 1.00 | 1.00 | B | 3.00 |
| 3543-205-01 | FINISHING OPERATIONS | 2.00 | 2.00 | 2.00 | A | 8.00 |

### CURRENT STATUS

| EHRS | QHRS | QPTS | GPA |
|---|---|---|---|
| 3.00 | 3.00 | 11.00 | 3.667 |

### CUMULATIVE STATUS

| EHRS | QHRS | QPTS | GPA |
|---|---|---|---|
| 74.00 | 77.00 | 262.00 | 3.403 |

### ACADEMIC STATUS

GOOD STANDING

**NAME AND ADDRESS**
ANTHONY LAMONT KOONCE
1459 RIDGE PLACE SE
WASHINGTON DC 20020

**LEGEND**
AHRS = Attempted Hours
EHRS = Earned Hours
QHRS = Quality Hours
QPTS = Quality Points
GPA = Grade Point Average
GPA = QPTS / QHRS

**REPORT OF GRADES**

SISR 523 5/95