UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                              Case No. 05CR0244(RMU)
v.                           :
                                                          **FILED**
ANTHONY KOONCE              :
                                                          MAY 8 - 2006

ORDER
                                                          NANCY MAYER WHITTINGTON, CLERK
                                                          U.S. DISTRICT COURT

Upon consideration of Defendant's Unopposed Motion to File his Sentencing Memorandum Out of Time, it is on this  8th  day of  May , 2006, hereby

ORDERED that the motion is GRANTED.

_____
Ricardo M. Urbina
Judge, U.S. District Court

cc: Rachel Lieber, AUSA
    Christopher Davis, Esq.