UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

                                                  Case No. 05CR0244 (RMU)

v. :

ANTHONY KOONCE :

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant Anthony Koonce, by and through counsel, Christopher M. Davis, moves this Honorable Court to continue the presently scheduled sentencing.

### FACTS

1. Anthony Koonce's case has been set for sentencing on August 7, 2006, at 2 PM. For personal reasons, undersigned would like to have this matter rescheduled.

2. Counsel has consulted the United States and they do not oppose rescheduling this matter to either August 22, 2006, in the AM hours or August 29, 2006 in the PM hours.

4. Based on the above facts, undersigned moves this Honorable Court to continue the sentencing hearing to either of the above referenced dates and times.

WHEREFORE, Defendant moves this Court to grant his motion herein.

                                         Respectfully submitted,

                                         *Christopher M. Davis*

Christopher M. Davis #385583
Davis & Davis
The Lincoln Building
514 10th Street, N.W. - Ninth Floor
Washington, D.C. 20004
202-234-7300

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this Motion was electronically served upon Rachel Carlson Lieber& Jack Geise, AUSA(s), Room 4820, 555 Fourth Street, NW, Washington, D.C. 20530, on this 5th day of June, 2006.

*Christopher M. Davis*
Christopher M. Davis