UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | Case No. 05CR0244 (RMU) |
| v. | : |
| ANTHONY KOONCE | : |

### ORDER

Upon consideration of Defendant's Motion to Continue his Sentencing, and Government's consent thereto, it is on this _____ day of _____, 2006, hereby

ORDERED that the motion is GRANTED, the sentencing date of August 7, 2006 is vacated and the matter be rescheduled to _____, 2006.

_____
Ricardo M. Urbina
Judge, U.S. District Court

cc: Christopher M. Davis
   Rachel Carlson Lieber, AUSA