UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :     Case No. 05CR0244 (RMU)

ANTHONY KOONCE                    :

FILED
JUN 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon consideration of Defendant's Motion to Continue his Sentencing, and Government's consent thereto, it is on this 7th day of JUNE, 2006, hereby

ORDERED that the motion is GRANTED, the sentencing date of August 7, 2006 is vacated and the matter be rescheduled to August 29, 2006 at 3:00pm.

_____
Ricardo M. Urbina
Judge, U.S. District Court

cc: Christopher M. Davis
    Rachel Carlson Lieber, AUSA