**KOONCE, Anthony**                                              **Page 23**

THE HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :      Docket No.: 05CR244-001
                              :
            vs.               :                              **FILED**
                              :
      **Anthony Koonce**      :      Disclosure Date: March 17, 2006      **AUG 2 9 2006**

RECEIPT AND ACKNOWLEDGMENT OF            NANCY MAYER WHITTINGTON, CLERK
PRESENTENCE INVESTIGATION REPORT                 U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence
Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges
that:

### For the Government

(CHECK APPROPRIATE BOX)
    (   ) There are no material/factual inaccuracies therein.

    (   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
    **Assistant U.S. Attorney**                              **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( ✓ ) There are no material/factual inaccuracies therein. *(BuT see comments)*

    (   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Anthony Koonce* 3-23-06                        _____ 3/23
**Defendant**      **Date**                      **Defense Counsel**      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or
disputes in writing by March 29, 2006, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone
number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for
the Government and the Defense Counsel to provide each other with a copy of the objections at the same
time the objections are filed with the probation office.

FOR THE COURT
By:Richard A. Houck, Jr.
Chief United States Probation Officer



**KOONCE, Anthony**                                                    **Page 23**

### THE HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE
### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: **05CR244-001** |
|---|---|---|
| | : | |
| vs. | : | |
| | : | |
| **Anthony Koonce** | | **Disclosure Date: March 17, 2006** |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

    ( ) There are no material/factual inaccuracies therein.

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
   **Assistant U.S. Attorney**                            **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
    (✓) There are no material/factual inaccuracies therein. *(But see comments)*

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Anthony Koonce_  3-23-06                    _____  3/2__
**Defendant**     **Date**                          **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by March 29, 2006, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer



**KOONCE, Anthony** .                                          Page 24

### Receipt and Acknowledgment

P. 13 & 64      AT half ups hayss — employed a day later for
                Glove + Associates        (202) 276 - 4337
                                    (Lionel Glover)

Signed By:      _____
                (Defense Counsel/AUSA)

Date:           _____