KOONCE, Anthony                                                                 Page 23

THE HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: <u>05CR244-001</u> |
|---|---|---|
| vs. | : | |
| Anthony Koonce | : | Disclosure Date: March 17, 2006 |

**FILED**
**AUG 29 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       4/4/06
Assistant U.S. Attorney              Date

<u>For the Defendant</u>

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____       _____
Defendant       Date                      Defense Counsel       Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by March 29, 2006, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer

RECEIVED 2006 APR -4 P 4:56
DISTRICT OF COLUMBIA

KOONCE, Anthony                                                             Page 24

### Receipt and Acknowledgment

The government's position is that Mr. Koonce is a career offender, due to his prior convictions for Att. PWID Cocaine (F-8790-91) and Escape (F-8245-95). See United States v. Thomas, 361 F.3d 653 (Oct. 2004) (remanded on Booker grounds).

Further, we did not submit the drugs for lab analysis due to the plea, so we have no DEA-7.

Signed By: _[signature]_
(Defense Counsel/AUSA)

Date: 4/4/06