UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :   Criminal No. 05-244-RMU
v.                                :
                                  :
ANTHONY KOONCE                    :

FILED
SEP 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### EX PARTE MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL

Anthony Koonce, by and through counsel, moves this Honorable Court to allow him to proceed on appeal in forma pauperis and in support states as follows.

1. Defendant had retained counsel in the above-captioned case.

2. Defendant wants to appeal this case but does not have the funds to pay the filing fee and the costs associated with pursuing the appeal.

3. Counsel was not retained to represent Defendant on appeal. Therefore, Defendant also asks that counsel be appointed to represent him on appeal.

4. Defendant's affidavit in support of this Motion is attached herewith.

WHEREFORE, Defendant respectfully moves this Honorable Court to grant this motion.

Respectfully submitted,

*[signature]*
Christopher M. Davis #385582
Davis & Davis
The Lincoln Building
514 10th Street, N.W. - Ninth Floor
Washington, D.C. 20004
202-234-7300