Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 05cr244-RMU
)
ANTHONY KOONCE )

**NOTICE OF APPEAL**

**FILED**

**SEP 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:   Anthony Koonce
Pending Federal Designation

Name and address of appellant's attorney:   Christopher M. Davis
514 10th Street, NW - Ninth Floor
Washington, DC 20004

Offense:   PWID Heroin and Cocaine Base

Concise statement of judgment or order, giving date, and any sentence:

100 Months each on Count One and Count Two, to run concurrent, followed by three years supervised release on each count, to run concurrent. Sentence imposed on August 29, 2006.

Name and institution where now confined, if not on bail:   CTF

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9-6-06
DATE

APPELLANT

ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | |
| CJA, NO FEE | ✓ |
| PAID USDC FEE | |
| PAID USCA FEE | |

Does counsel wish to appear on appeal?   YES ✓   NO ☐
Has counsel ordered transcripts?   YES ☐   NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✓   NO ☐