UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-244 (RMU) |
| : | |
| ANTHONY KOONCE, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the defendant's motion to proceed on appeal in forma pauperis, and his declaration of his inability to pay for his own appeal, it is this 7th day of September, 2006

**ORDERED** that the defendant's motion is **GRANTED**, and it is

**FURTHER ORDERED** that the Federal Public Defender is appointed to represent the defendant in his appeal.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
SEP 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT